TERRITORY OF HAWAII *v.* GLORIA K. AKASE.

No. 4074.

FILED DECEMBER 29, 1958.                    DECIDED JANUARY 6, 1959.

RICE, C. J., MARUMOTO, J., AND CIRCUIT JUDGE MCKINLEY IN PLACE OF STAINBACK, J., DISQUALIFIED.

*Per Curiam.* The petition for rehearing in the above entitled cause is denied without argument. The petition repeats matters fully briefed and argued by counsel on the hearing on appeal and fully considered by this court.

*F. Schnack* and *Harold C. Schnack* for the petition.